**FILED**
April 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARIBEL MARTINEZ, )<br>)<br>Defendant. ) | Case No. 2:13-mj-00115-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIBEL MARTINEZ, Case No. 2:13-mj-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $75,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    \_\_\_\_    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    _X_    (Other) The bond paperwork to be filed by 4/17/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/10/2013 at 4-10-13 4:02 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge